UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRITTANY N. KASKA,

    Plaintiff,

v.

ALLIANT ACQUISITION GROUP,

    Defendant.

Case No. 18-cv-1174-JPG-MAB

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Brittany N. Kaska's second amended motion for default judgment (Doc. 13) in this case brought under the Fair Debt Collection Practices Act, ("FDCPA") 15 U.S.C. § 1692 *et seq.*, and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*. She arranged for service of the summons and complaint on defendant Alliant Acquisition Group ("Alliant") at its principal place of business in Riverside, California, on June 14, 2018. Alliant did not respond within 21 days of service, and the Clerk of Court entered default against Alliant on August 3, 2018, pursuant to Federal Rule of Civil Procedure 55(a) (Doc. 7). In her original motion for default judgment, Kaska had not provided evidence that she sent notice of that entry of default to Alliant as required by Local Rule 55.1(a). In her first amended motion for default judgment, she still did not attach evidence that she served the notice of entry of default on Alliant. Finally, with this motion, she has provided a copy of a December 10, 2018, cover letter to Alliant to which the Clerk's entry of default is attached, along with a copy of an envelope addressed to Alliant and a certified mail card. In light of this new documentation, the Court will enter a default judgment against Alliant.

As for the amount of that default judgment, Kaska seeks statutory damages in the amount of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A) of the FDCPA and of $3,500 ($500 for each

violation) pursuant to 47 U.S.C. § 227(b)(3)(B) & (C) of the TCPA.  She asked for both of these statutory penalties in her complaint.  She also seeks payment of her costs and reasonable attorney fees in the amount of $4,099.17 pursuant to 15 U.S.C. § 1692k(a)(3) of the FDCPA.  This amounts to a total judgment of $8,599.17.

In light of Alliant's failure to plead in a timely manner, thereby admitting the facts alleged in the complaint, the Court **GRANTS** Kaska's second amended motion for default judgment (Doc. 13) and **DIRECTS** the Clerk of Court to enter default judgment in the aforementioned amount.

**IT IS SO ORDERED.**
**DATED:  May 15, 2019**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**