UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRITTANY N. KASKA,

    Plaintiff,

v.

ALLIANT ACQUISITION GROUP,

    Defendant.

Case No. 18-cv-1174-JPG-MAB

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Britany N. Kaska in the amount of $1,000 in statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(2)(A); for $3,500 in statutory damages pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(3)(B) & (C); costs and attorney's fees in the amount of $4,099.17; for a total judgment of $8,599.17.

                                      **MARGARET M. ROBERTIE, Clerk of Court**

**Date: May 15, 2019**              s/Tina Gray, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**